# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILFORD ROBERTS | CIVIL ACTION |
| VERSUS | NO. 17-6198 |
| S.W. MCCAIN, WARDEN | SECTION "A"(2) |

## O R D E R

The court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Wilford Roberts for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this ___29th___ day of _____May_____, 2018.

_____
UNITED STATES DISTRICT JUDGE